## ORDER

PER CURIAM

**AND NOW**, this 10th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**IN RE: M.B. and M.M.**

**Petition of: A.B.**

**No. 455 MAL 2017**

Supreme Court of Pennsylvania.

August 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Stanley David KAMINSKI Jr., Petitioner**

**No. 197 MAL 2017**

Supreme Court of Pennsylvania.

August 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Laird Leask BASEHOAR, Petitioner**

**No. 173 MAL 2017**

Supreme Court of Pennsylvania.

August 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Vincent D. SPENCER, Petitioner**

**No. 122 EAL 2017**

Supreme Court of Pennsylvania.

August 14, 2017